IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARKER COMMUNITY CREDIT UNION,

    Plaintiff,

v.

DEAN C. HENNING and MARIE E. HENNING, UNITED STATES OF AMERICA DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE, TIMOTHY J. O'LEARY, MICHAEL BLASER, SCOTT D. PETERSON, CITY OF JANESVILLE, STATE OF WISCONSIN BY ITS DEPARTMENT OF WORKFORCE DEVELOPMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-693-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Parker Community Credit Union against defendants Dean C. Henning and Marie E. Henning awarding attorney fees and costs in the total amount of $2,031.22.

By: _____, Deputy Clerk      8-24-12
    Peter Oppeneer, Clerk of Court                                     Date