IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARKER COMMUNITY CREDIT UNION,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-693-bbc

DEAN C. HENNING and MARIE E.
HENNING, UNITED STATES OF AMERICA
DEPARTMENT OF TREASURY INTERNAL
REVENUE SERVICE, TIMOTHY J. O'LEARY,
MICHAEL BLASER, SCOTT D. PETERSON,
CITY OF JANESVILLE, STATE OF
WISCONSIN BY ITS DEPARTMENT OF
WORKFORCE DEVELOPMENT,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Parker Community Credit Union against defendants Dean C. Henning and Marie E. Henning awarding attorney fees and costs in the total amount of $2,031.22.

| | |
|---|---|
| By: *(signature)*, Deputy Clerk | 8-24-12 |
| Peter Oppeneer, Clerk of Court | Date |